COURT OF APPEALS OF VIRGINIA

Present: Judges Alston, Decker and Senior Judge Coleman[*]

DRUG TRANSPORT, INC. AND NEW
  HAMPSHIRE INSURANCE COMPANY

MEMORANDUM OPINION[**]
PER CURIAM
FEBRUARY 18, 2015

v.      Record No. 1790-14-2

McCARTER WILLIAMS

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(S. Vernon Priddy III; Andrew H.D. Wilson; Two Rivers Law
Group, P.C., on briefs), for appellants.

(Jamie L. Karek; Commonwealth Law Group, on brief), for
appellee.

Drug Transport, Inc. and New Hampshire Insurance Company (collectively employer)
appeal the decision of the Workers' Compensation Commission (commission) awarding
McCarter Williams (claimant) medical benefits for a neck injury. On appeal, employer argues
that the commission erred when it (1) reversed a deputy commissioner's holding that claimant's
claim for treatment of his neck injury was barred by res judicata and in remanding the matter to
the deputy commissioner for further consideration; and (2) declined to reconsider its earlier
ruling that the doctrine of res judicata did not bar recovery for claimant's neck injury. We have
reviewed the record and the commission's opinions and find that this appeal is without merit.
Accordingly, we affirm for the reasons stated by the commission in its opinions. See Williams v.
Drug Transp. Inc., JCN VA00000553371 (Jan. 16, 2014 and Aug. 28, 2014). We dispense with

---

[*] Judge Coleman took part in the consideration of this case prior to the effective date of
his retirement as senior judge on January 31, 2015.

[**] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

UNPUBLISHED

oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

Affirmed.